

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-97,428-01

## EX PARTE ISAIAH LAMONTREL WHITE, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. C-2-W012789-1821516-A
## IN THE CRIMINAL DISTRICT COURT TWO
## TARRANT COUNTY

*Per curiam.*

### **O P I N I O N**

Applicant was convicted of three counts: (1) aggravated assault of a peace officer, (2) evading arrest, and (3) unauthorized use of a motor vehicle. He was sentenced to five years' imprisonment in each count. This application only attacks count three, the conviction for the unauthorized use of a motor vehicle. Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends that his plea was involuntary and his sentence was illegal as to count three of this indictment. Applicant pleaded guilty with no agreement as to sentence. Based on the record, the trial court has determined that Applicant's plea was not involuntary, but his sentence was illegal and recommends that this Court grant Applicant a new sentencing hearing. We agree.

Relief is granted. The sentence in count three of cause number 1821516 in the Criminal District Court Number 2 District Court of Tarrant County is set aside, and Applicant is remanded to the custody of the Sheriff of Tarrant County for a new sentencing hearing for count three only. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: April 2, 2026
Do not publish